# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

jgottheim@faillacelaw.com

March 2, 2020

**VIA ECF**
Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:**    **Ponce Rodriguez v. 880 Dry Cleaners, Inc. (d/b/a Merit Cleaners), et al.**
             **Case No. 19-cv-06500-JMF**

Dear Judge Furman:

This office represents Plaintiff in the above-referenced matter. Today, upon Defendants' request for an adjournment, to which Plaintiff consented, the Pre-Trial Conference initially scheduled for tomorrow, March 3, has been rescheduled to March 11. (See ECF Doc. No. 65) The rescheduled date of March 11 poses a conflict with a mediation pertaining to another representation that I must attend on that day. As such, I respectfully request that the Court reschedule this conference to a mutually-convenient date and time.

I thank the Court for its understanding and attention to this matter.

Respectfully submitted,


/s/ Jordan Gottheim
Jordan Gottheim, Esq.
*Attorney for Plaintiff*

Cc: Defense Counsel (via ECF)


Application GRANTED. The pretrial conference currently scheduled for March 11, 2020, is RESCHEDULED to **March 12, 2020, at 3:00 p.m.** The Clerk of Court is directed to terminate ECF No. 66. SO ORDERED.

March 3, 2020