UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

ARTURO PONCE RODRIGUEZ, et al.

                Plaintiff,

-against-

880 DRY CLEANERS INC. (D/B/A MERIT CLEANERS), et al.,

                Defendants.
----------------------------------------------------------X

Case No. 1:19-cv-6500

**JUDGMENT**

WHEREAS on or about October 6, 2020, Defendants 880 DRY CLEANERS INC. (D/B/A MERIT CLEANERS) and KWANG HO CHOI (a/k/a CHARLIE) extended to Plaintiff ARTURO PONCE RODRIGUEZ an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of fifty five thousand dollars and zero cents ($55,000.00), and whereas said Plaintiff accepted said offer on or about October 7, 2020,

JUDGMENT shall be entered in favor said Plaintiff against said Defendants in the amount of fifty five thousand dollars and zero cents ($55,000.00).

Dated: New York, New York
        October 13, 2020.

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case. SO ORDERED.

_____
JESSE M. FURMAN, U.S.D.J.